```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPITAL ONE, National Association,

           Plaintiff,

  -against-

MARSON CONTRACTING CO. INC., a New York Corporation; MARBRO REALTY CO., INC., a New York Corporation; HOWARD SORKIN; UNITED AIRCONDITIONING CORP. II; TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; NEW YORK CITY DEPARTMENT OF FINANCE; JOHN DOE #1 through John DOE #10, said names being fictitious and unknown to plaintiff, the persons or parties unknown to plaintiff, the persons or parties being the tenants, occupants, persons, corporations, if any, having or claiming an interest in or lien upon the premises described in the complaint,

           Defendants.

Case No. 11-CV-8610-DLC

DEFAULT JUDGMENT

---

This action having been commenced on November 28, 2011 by the filing of a Summons and Complaint, and an Amended Complaint having been filed on December 14, 2011, and a copy of the Summons and Amended Complaint having been served on Defendant Marson Contracting Co. Inc. on February 16, 2012 by service of same upon Chad Matice, Business Document Specialist with the New York Secretary of State, and proof of service having been filed on February 24, 2012; and a copy of the Summons and Amended Complaint having been served on United Airconditioning Corp. II by serving same personally upon Christy "Doe", an individual authorized to accept service at defendant's principal business address, and proof of service having been filed on

7136755-2

February 24, 2012; and a copy of the Summons and Amended Complaint having been served on New York State Department of Taxation and Finance by serving same personally upon Amanda Morris, an individual authorized to accept service at defendant's principal business address, and proof of service having been filed on February 24, 2012; and a copy of the Summons and Amended Complaint having been served on New York City Department of Finance by serving same personally upon Dimitry Aronov, an individual authorized to accept service at defendant's principal business address, and proof of service having been filed on February 24, 2012; and Defendants Marson Contracting Co. Inc., United Airconditioning Corp. II, New York State Department of Taxation and Finance, and New York City Department of Finance not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired for each and every of the aforementioned Defendants, it is

ORDERED, ADJUDGED AND DECREED, that Plaintiff have judgment against Defendants Marson Contracting Co. Inc., and United Airconditioning Corp. II, ~~New York State Department of Taxation and Finance, and New York City Department of Finance~~ entering default judgment upon the record, and barring and foreclosing Defendants Marson Contracting Co. Inc., and United Airconditioning Corp. II, ~~New York State Department of Taxation and Finance and New York City Department of Finance~~ of and from all estate, right, title, interest, claim, lien and equity of redemption of, in and to the Mortgaged Premises and each and every part and parcel thereof, and it is further

ORDERED, that Commissioner of Labor, State of New York is hereby substituted in this action in the place and stead of John Doe #1, and the caption of this action be and is amended accordingly, and it is further

ORDERED, that this action is hereby discontinued as against Defendants John Doe #2 through John Doe #10, and that Defendants John Doe #2 through John Doe #10 are hereby stricken from the caption of this action.

Dated: May _11_, 2012

Enter:

_____
Honorable Denise L. Cote

7136755-2